ACCEPTED
06-16-00134-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2016 10:05:22 AM
DEBBIE AUTREY
CLERK

# COURT OF APPEALS
# 6TH DISTRICT OF TEXAS
# TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2016 10:05:22 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **ZAYDRIEN MAYFIELD** | § | |
| | § | |
| | § | |
| **V.** | § | **CAUSE NO. 06-16-00134-CR** |
| | § | |
| | § | |
| | § | |
| **THE STATE OF TEXAS** | § | |

## FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES, ZAYDRIEN MAYFIELD, Appellant in the above-styled and numbered cause, by and through his attorney, Mike Berger, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

I.

This case is on appeal from Criminal District Court Number One, Tarrant County, Texas. Appellant is incarcerated on a 10 year term.

Mayfield v. State / First Motion to Extend Brief Deadline

Page 1

II.

The case below is styled "The State of Texas v. Zaydrien Mayfield", Cause Number 1426266D.

III.

Final Judgment was entered on May 17th, 2016.

IV.

Notice of Appeal was given on May 31st, 2016.

V.

The Reporter's Record was filed on June 23rd, 2016 and the Clerk's Record was filed on July 15th, 2016.

VI.

The appellate brief is due on August 15th, 2016.

VII.

No previous extension of time to file Appellant's brief has been requested in this case.

## VIII.

Appellant relies on the following facts as good cause for the requested extension:

Appellant's counsel has had an extremely busy court schedule in July and August, and did not become aware of a sealed PSI exhibit in the case until August 5th, 2016.

## IX.

Mike Berger was appointed on this appeal on May 31st, 2016.

Based on these facts, Appellant requests that the due date of this appeal, which is currently August 15th, 2016, be extended for ten (10) days to August 25th, 2016.

WHEREFORE PREMISES CONSIDERED, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully Submitted,

Mike Berger
933 W. Weatherford #200
Fort Worth, Texas 76102
Ph: 817/338-1500
Fax: 817/338-1505
State Bar No. 02191900
Attorney for Zaydrien Mayfield

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded to all counsel of record via fax on the 12th day of August, 2016.

Mike Berger

## CERTIFICATE OF CONFERENCE

On the 12th day of August, 2016, Appellant's attorney, Mike Berger spoke with a representative of the Tarrant County District Attorney Appellate Section who stated that the office is not opposed to this motion.

Mike Berger

# AFFIDAVIT

| STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF TARRANT | § |

ON THIS DAY personally appeared Mike Berger, who, after being placed under oath, stated the following:

"My name is Mike Berger and I am the attorney of record for ZAYDRIEN MAYFIELD, and will be so at all material times relevant to this proceeding.

"I have read the Motion to Extend Time to File Appellant's Brief and every statement is within my personal knowledge and is true and correct."

_____
Mike Berger

Sworn to and subscribed before me on ___August 12th___, 2016___.

_____
NOTARY PUBLIC

CHRISTINE L SHIPMAN
My Commission Expires
November 20, 2016

My Commission Expires: __11/20/16__